COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-13-00008-CV |
| IN RE:   TELETRAC, INC., | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Teletrac, Inc., asks this Court to issue a writ of mandamus against the Honorable Bonnie Rangel, Judge of the 171st Judicial District Court of El Paso County, Texas.   Mandamus is an extraordinary remedy that will issue only if the Relator shows:   (1) the trial court clearly abused its discretion; and (2) the relator has no adequate remedy by appeal.   *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004).

As the party seeking relief, Relator has the burden of providing the Court with a sufficient record to establish its right to mandamus relief.   *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *see* TEX. R. APP. P. 52.7(a)(2) (requiring relator to file with the petition a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter).   Based on the record presented, we conclude that Relator has not shown that it is entitled to mandamus relief, and therefore, we deny mandamus relief.   *See* TEX. R. APP. P. 52.8(a).


GUADALUPE RIVERA, Justice

February 6, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.